UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )    11-CR-138-FVS
                           )
vs.                        )
                           )
JONATHAN STOCKER,          )    Final Order of Forfeiture
                           )
            Defendant.     )
                           )

WHEREAS, on March 29, 2012, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253, preliminarily forfeiting to the United States the following described assets:

PERSONAL PROPERTY

1)    Gateway Laptop Computer, SN LXWGH0203694982B5B2200, seized by the USSS on or about May 31, 2011.

WHEREAS Defendant JONATHAN STOCKER's interest in the assets described above was forfeited to the United States pursuant to the plea agreement and judgment filed herein.

WHEREAS, 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2, require the resolution of all third-party claims to the property in the final order of forfeiture.

Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 2, 2012, and ending May 1, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,

as incorporated by 18 U.S.C. § 2253 and 21 U.S.C. § 853(n).  At the latest, the claim period expired on June 1, 2012.  To date, no claims have been filed.

   IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the assets listed herein are hereby forfeited to the United States, and no interest exists in any other person;

   IT IS FURTHER ORDERED that the United States shall dispose of the assets in accordance with law.

   ORDERED this __20th__ day of June, 2012.

                              *s/ Fred Van Sickle*
                              Fred Van Sickle
                              Senior United States District Judge

Final Order of Forfeiture -2-
Stocker FoF.wpd